AARON R. JACKSON (SBN 250403)
JACKSON LAW GROUP, P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 379-0560
Fax: (415) 869-3723

Attorney for Plaintiffs
JOAN NIX and DONALD NIX

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NIX and JOAN NIX,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANDREW CHABAN; JODI CHABAN; HEALTHWORKS TOTAL FITNESS, INC., *dba* "COLE VALLEY FITNESS", a California Corporation, and; DOES 1 though 10, inclusive,<br><br>  Defendants. | CASE NO. 4:16-cv-02758<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS, Plaintiffs Donald Nix and Joan Nix filed their Complaint for Foreclosure of Security Interest in Collateral and for Breach of Contract on May 20, 2016;

WHEREAS, Plaintiffs and Defendants Andrew Chaban, Jodi Chaban and Healthworks Total Fitness, Inc., *dba* "COLE VALLEY FITNESS", a California Corporation (collectively referred to as "Defendants"), settled this matter on August 24, 2016;

WHEREAS, Plaintiffs, by and through their undersigned counsel, voluntarily dismisses this lawsuit against Defendants Jodi Chaban and Healthworks Total Fitness, Inc., *dba*

"COLE VALLEY FITNESS", a California Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs, through their designated counsel, and Defendant Andrew Chaban that the above-captioned matter should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: ~~November~~ December 2, 2016    JACKSON LAW GROUP, P.C.

_____
Aaron R. Jackson
Attorneys' for Plaintiffs

Dated: ~~November~~ December 2, 2016    _____
Andrew Chaban

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice as against Defendants Andrew Chaban, Jodi Chaban and Healthworks Total Fitness, Inc., *dba* "COLE VALLEY FITNESS", a California Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

2. The Case Management Conference set for December 6, 2016 at 1:30 p.m. is taken off-calendar.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the August 24, 2016 Settlement Agreement.

IT IS SO ORDERED.

Dated: 12/5/16    _____
KANDIS A. WESTMORE
United States Magistrate Judge